IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPHUS JACKSON #B-35067,       )
                                 )
            Petitioner,          )
                                 )
       v.                        )      No.  10 C 5019
                                 )
GERARDO ACEVEDO, WARDEN,         )
                                 )
            Respondent.          )

MEMORANDUM ORDER

In compliance with this Court's August 16, 2010 memorandum

order, Warden Gerardo Acevedo has filed an Answer, coupled with a

bulky set of exhibits, to the 28 U.S.C. §2254 Petition for Writ

of Habeas Corpus filed pro se by Josephus Jackson ("Jackson").

Because the Answer focuses on claimed procedural defaults that

are said to preclude federal habeas relief for Jackson, this

Court will require Jackson to file a reply (see Rule 5(e) of the

Rules Governing Section 2254 Cases in the United States District

Courts) with the same focus on or before November 4, 2010.

Jackson is also free to address the possible avoidance of a

procedural default ruling by showing either (1) cause for such

default and resulting prejudice or (2) a fundamental miscarriage

of justice that would be created by a failure to consider his

claims on the merits.

_____
Milton I. Shadur
Senior United States District Judge
Date:  October 4, 2010