IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPHUS JACKSON #B-35067,      )
                                )
            Petitioner,         )
                                )
    v.                          )      No.  10 C 5019
                                )
GERARDO ACEVEDO, WARDEN,        )
                                )
            Respondent.         )

MEMORANDUM ORDER

Almost immediately after issuance of its brief memorandum
order calling for 28 U.S.C. §2254 habeas petitioner Josephus
Jackson ("Jackson") to file a November 4, 2010 reply to the
respondent Warden's Answer to Jackson's Petition, this Court was
reminded that it had not addressed Jackson's earlier-filed motion
for the appointment of counsel to represent him pro bono publico.
Given the scope that this Court has called for in Jackson's
reply, which is really factual in nature (on facts that are well
known to Jackson) rather than calling for any analysis of legal
authority, this Court denies Jackson's motion.  If however it
were to appear on receipt of Jackson's reply that some lawyer
input is called for on his behalf, this Court would be prepared
to reconsider this ruling.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 5, 2010